MN-305
(10/00)

# UNITED STATES BANKRUPTCY COURT
# MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 For Deposit To Registry Fund

Debtor: IVERSEN, JASON MATTHEW

Chapter 7 Case No. 09-38874-DDO

Please Check One:

[ X ]   Unclaimed Dividends

[   ]   Distribution Less Than $5

| Name and Address of Payee | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Leah Iversen<br>1329 St Paul Ave Apt 3<br>St Paul MN 55116 | | Surplus funds | 12.56 |

Date: June 7, 2011

Michael J. Iannacone, TRUSTEE